## AMERICAN EXPRESS COMPANY v. THE STATE.

[No. 20,565. Filed November 27, 1906.]

From Lawrence Circuit Court; *James B. Wilson*, Judge.

Action by the State of Indiana against the American Express Company. From a judgment for plaintiff, defendant appeals. *Affirmed.*

*Matson & Giles* and *Baker & Daniels,* for appellant.

*Charles W. Miller,* Attorney-General, *Miller & Hadley* and *Brooks & Brooks*, for appellee.

MONKS, J.—The questions presented in this case are the same as those involved and decided in *Adams Express Co.* v. *State* (1906), *ante,* 428, *American Express Co.* v. *State* (1906), *ante,* 319, *American Express Co.* v. *Southern Ind. Express Co.* (1906), *ante,* 292, and *Adams Express Co.* v. *State* (1903), 161 Ind. 328, and upon the authority of said cases, this case is affirmed.

---

## DARBY ET AL. v. ANDERSON.

[No. 20,676. Filed May 29, 1906. Rehearing denied December 12, 1906.]

From Clinton Circuit Court; *Samuel R. Artman*, Special Judge.

Petition by Edward L. Darby and others, against which John Anderson defends. From a judgment for defendant, petitioners appeal. *Reversed.*

*John C. Farber, D. S. Holman* and *James V. Kent*, for appellants.

*Asa H. Boulden* and *Martin A. Morrison*, for appellee.

MONKS, J.—The questions presented by the record in this cause are the same as those in *Good* v. *Burk* (1906), *ante,* 462, and on the authority of that case the judgment in this case is reversed, with instructions to sustain appellants' motion to dismiss the appeal and return the papers in said cause to the board of commissioners for further proceedings.